# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VALERIE CHRISTINA VETRANO,

                Plaintiff,

      v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

                Defendant.

Case No. EDCV 17-02440-JEM

**JUDGMENT**

In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is  AFFIRMED and this action is dismissed with prejudice.


DATED: <u>March 5, 2019</u>

                                    */s/ John E. McDermott*
                                JOHN E. MCDERMOTT
               UNITED STATES MAGISTRATE JUDGE